**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Nahuatl Nation Elders et al,

        Plaintiff,

  v.

Kathy Olinares et al,

        Defendants.

No. C 15-5020 CRB

**ORDER RE ECF MOTION AND AMENDMENT DEADLINE**

The Court recently dismissed the Complaint in this action sua sponte under 28 U.S.C. § 1915. See Sua Sponte Dismissal (dkt. 9). Maria Baltierra also appears to have filed a request for permission to file electronically, although the motion is ambiguous and lacks a signature. See ECF Motion (dkt. 5). Given that Maria Baltierra is not a named party to this action, and given that she has repeatedly violated this Court's local rules, the Court DENIS the motion for permission to file electronically. The Court further ORDERS that Plaintiffs must amend their Complaint, if at all, within 30 days from entry of this Order.

    **IT IS SO ORDERED.**

Dated: December 21, 2015

                               
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE