United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Nahuatl Nation Elders, et al.,

    Plaintiff,

v.

Kathy Olinares, et al.,

    Defendants.

No. C 15-5020 CRB

**ORDER DISMISSING WITH PREJUDICE**

The Court recently dismissed without prejudice the Complaint in this action sua sponte under 28 U.S.C. § 1915. See Sua Sponte Dismissal (dkt. 9). The Court set a deadline for amendment, and Plaintiffs have failed to submit an amended complaint. See Order Re Amendment Deadline (dkt. 10); Certificate of Service (dkt. 11). The Court thus DISMISSES this action WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: February 11, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE